WILSON, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Sec-

ond Department. November 20, 1908.) Action by Francis Wilson against Samuel Collins. No opinion. Motion granted, with $10 costs, unless appellant perfect his appeal within 10 days and put the cause at the foot of the calendar for disposition at this term of court, in which case the motion is denied. See, also, 57 Misc. Rep. 363, 365, 109 N. Y. Supp. 660, 662.